# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CANDACE WILLRICH | § | |
| | § | |
| V. | § | CASE NO. 4:14-CV-603 |
| | § | (Judge Mazzant/Judge Nowak) |
| ARBOR PARTNERS, LLC, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 1, 2015, the report of the Magistrate Judge was entered (Dkt. #14) containing proposed findings of fact and recommendations that Plaintiff's complaint be dismissed without prejudice for failure to properly serve Defendants in accordance with Federal Rule of Civil Procedure 4(m) and for failure to prosecute.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

SIGNED this 14th day of October, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE